RECHC*260128AM1158MDG7-ATH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~MIDDLE~~ DISTRICT OF GEORGIA
### _Athens, GA._ _____ DIVISION

## QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
### PRO SE UNDER 42 U.S.C. § 1983

David, Wooten #771073
Wilcox state Prison
470 Broad st. South
ABBeville, GA. 31001

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

CIVIL ACTION NO:

VS.

① Jackson Co. Detention Center (jail)
555 stan even Rd. Jefferson, GA. 30549
② Sheriff M°Cook (jackson Co)
③ Corporal Sarah, Greene (jailer)

(NAME OF EACH DEFENDANT)

④ Governor Brian P. Kemp

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number  David, Wooten #771073
2. Name and location of prison where you are <u>now</u> confined  Wilcox State Prison
3. Sentence you are now serving (how long?)  20-do-15 years
   (a) What were you convicted of? Terroristic Threats and acti Criminal Interference with Government Property.
   (b) Name and location of court which imposed sentence  jackson Co. Court jefferson, GA. 30549
   (c) When was sentence imposed?  Feburary 24th, 2025
   (d) Did you appeal your sentence and/or conviction?   Yes ☑   No ☐
   (e) What was the result of your appeal?  pending

(f) Approximate date your sentence will be completed ___11-1-2036___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE <u>ALL</u> PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☐   No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s):_____

_____

Defendant(s):_____

(b) Name of Court:_____

(c) Docket Number:_____   When did you file this lawsuit?_____

(d) Name of judge assigned to case:_____

(e) Is this case still pending?   Yes ☐   No ☑

(f) If your answer to (e) is "No", when was it disposed of and what were the results?

(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☑   No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s): David, Wooten #771073

Defendant(s): Alicia, Ward

(b) Name of Court: U.S. District Court Middle District of Georgia

(c) Docket Number: 5:23-cv-00064-TES-CHW   When did you file this lawsuit? January 20, 2023

(d) Name of judge assigned to case: S/Charles H. Weigle - U.S. Magistrate judge.

(e) Is this case still pending?   Yes ☐   No ☑

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

*tha 17th day of SeptembeR 2024, Summary Judgement Granted to the defendant. Didn't appeal to the eleventh Circuit Court*

8. AS TO **ANY** LAWSUIT FILED IN **ANY** FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____        _____

_____        _____

_____        _____

_____        _____

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? *In K-Unit of the jackson Co. Detention CenteR (jail).*

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑    No ☐

*GRievance filed on 11-11-2025*

(2) If Yes, what was the result? *Denied the GRievance*

_____

_____

_____

(3) If No, explain why not: _____

_____

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Sgt. Mattox shift Supervisor

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?        Yes ☑    No ☐

(1) If Yes, to whom did you appeal and what was the result? Captain Rodericus Knox moved plaintiff to a Diffent housed unit.

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

None

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Plaintiff: David, Wooten #771073
Wilcox State Prison
P.O. Box 397
Abbeville, GA. 31001

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

① Corporal Sarah, Greene (Jailer)
② Sheriff McCook Sheriff of Jackson Co.
③ Jackson Co. Detention Center jail
   555 Stan Even Rd. Jefferson, GA. 30549
④ Brian P. Kemp (Governor of Georgia)

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? the jackson Co. Detention Center (jail) @ K-Unit Exit Door.

WHEN do you allege this incident took place? November 8th, 2025

WHAT happened? On 11-8-2025 @ the jackson Co. jail Between the Hour of 6:30am, and 7:00am Corporal Sarah, Greene (jailer) Kicked the Door tray flap with her foot, slamming the door tray flap against my Right Hand Causeing Bruises, and a Broken finger during Breakfast morning feed off. Medical X-Rays was taken on 11-11-2025 at the jail. End of Statement!!

This violated my Eighth Amendment of the Consitution to Cruel and unusual Punishment, and Deliberate Indifference to Safety Claim.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

The jailer of the jackson Co. Sheriff Relocated plaintiff David, Wooten #771073 to a medical unit; I couldn't Get Information of Others inmates that was in K-unit at the time of the Incident. -No witness.-

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

For the pain and suffering the plaintiff David, Wooten #771073 Asking the Court to Grant Compensatory damages of $25,000 from Defendant for the Injured Right Hand Finger, and Punitive damages of $25,000 from the Defendant Corporal Sarah, Greene actions that was Motivated By Evil Motive.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this ___14th___ day of ___January___, 20_26_.

David, Wooten #771073
PLAINTIFF